UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

..................................................

X  5:20-mc-6

: Case No. _____

:

: Media Flow LLC's Request to the
: Clerk for the Issuance of
: Subpoena to Facebook, Inc
: Pursuant to 17 U.S.C. § 512 (h) to
: Identify Alleged Infringer
:
:
X

..................................................

    Mediaflow LLC (hereinafter "Mediaflow") hereby requests that the Clerk of this Court issue a subpoena to Facebook, Inc to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512 (h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

    The DMCA Subpoena is directed to Facebook, Inc, the legal entity which owns the website situated at www.instagram.com ("Instagram") and is the service provider of posts to which the infringing party using the name **/gggfffdddwww2211112020/**posted content at the following URL: https://www.instagram.com/gggfffdddwww2211112020/
This content infringes a copyright held by Media Flow. (*See* Declaration of Rene Villalobos, Mediaflow's duly authorized representative dated June 19, 2020 (hereinafter "Rene Decl.").

    Mediaflow has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512 (h), namely:

(1)    Mediaflow has submitted a copy of the Notification pursuant to 17 U.S.C. § 512 (c)(3)(A) as Exhibit 1 to Rene Decl.;

(2)    Mediaflow has submitted the proposed DMCA Subpoena attached hereto as Exhibit A;

(3)     Mediaflow, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and, that such information will only be used for the purpose of protecting Media Flow's rights under Title 17 U.S.C §§ 100, et seq Having complied with the statutory requirements, Media Flow respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: 19 June 2020

Respectfully submitted,

**MEDIAFLOW LLC**
340 S. Lemon Ave #4220
Walnut, CA 91789
Tel:(626) 502-6169
Email:rene@kushfluence.com