UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

In re: DMCA Section 512(h) Subpoena )
To Facebook, Inc )
) CIVIL ACTION NO. 5:20-mc-6
)
)
)

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Facebook, Inc 1601 Willow Road, Menlo Park, CA 94025, United States

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All identifying information including subscriber registration information, the name(s), address(es), telephone number(s), any electronic mail addresses associated with the infringing Instagram user displaying the name /gggfffdddwww2211112020/, and any logs of Internet Protocol addresses including time stamps used to access the subject account on or to upload the documents available at the following URLs:

> https://www.instagram.com/gggfffdddwww2211112020/

| Place: 340 S. Lemon Ave #4220 Walnut, CA 91789 | Date and Time: 06/30/20 10:00 am EST |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/24/2020

CLERK OF THE COURT

**ANGELIQUE DOMINGUEZ**
_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail address, and telephone number of the party, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for (name of individual and title, if any) _____

on (*date*) _____ .

I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on (*date*) _____ ; or

' I returned the subpoena unexecuted because: _____

_____

_____ on (date) _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

My fees are $ _____ for travel and $ _____ for services for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/1

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or
      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013

# EXHIBIT A
# INSTRUCTIONS FOR SUBPOENA PRODUCTION

1. The terms "You" or "Your" means Facebook, Inc, and all persons or entities acting or purporting to act under its control or on its behalf.

2. "Documents" or "document" shall have the meaning set forth in the Federal Rules of Civil Procedure and includes, without limitation, each and every writing, drawing, graph, chart, photograph, sound recording, image, or other data or data compilation stored in any medium from which information can be obtained either directly or after translation into a reasonably usable form that is in Your possession, custody or control.

3. Any use of the singular shall be deemed to refer to the plural, and vice versa.

4. Any use of the word "and" shall be deemed to the word "or", and vice versa.

## DEFINITIONS:

As used in this subpoena, "identifying information" includes any and all information relating to the identity of the person or entity operating on Instagram with the username **/gggfffdddwww2211112020/** at the following URL https://www.instagram.com/gggfffdddwww2211112020/, which is hosted by Facebook, Inc. This information includes but is not limited to, the name of the individual or entity and mailing and/or physical addresses, phone numbers, email addresses, and fax numbers associated with the individual or entity.

As used in this subpoena, "identifying information" also includes Internet Protocol Address information recorded by You associated with https://www.instagram.com/gggfffdddwww2211112020/

## ITEMS TO BE PRODUCED

Please produce all documents containing identifying information relating to the person or entity who/that operates and uploads content to the link https://www.instagram.com/gggfffdddwww2211112020/.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

```
..................................................
                                X
                                : Case No._____
                                :
                                : Rene Villalobos' Request to the
                                : Clerk for the Issuance of
                                : Subpoena to Facebook, Inc
                                : Pursuant to 17 U.S.C. § 512 (h) to
                                : Identify Alleged Infringer
                                :
                                :
                                X
..................................................
```

I, Rene Villalobos, declare under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this declaration.

2. I am a model and owner of Mediaflow which owns and uploads content and images of myself at the https://onlyfans.com/highimqueen, ("Mediaflow's content"). Mediaflow's content can only be accessed by paid subscribers.

3. I recently discovered, however, that Mediaflow's content was uploaded on Instagram at the following links https://www.instagram.com/gggfffdddwww22111112020/, at no cost, by the user /gggfffdddwww2211112020/.

4. The domain is hosted by Facebook, Inc, as such, I seek a subpoena for documents containing identifying information of the person or entity who, that, has uploaded these images, in clear violation of my copyright, for the time being, known as /gggfffdddwww2211112020/.

5.  Attached as Exhibit 1 to this Declaration is a true and correct copy of the notification sent to Facebook, Inc through its representatives responsible for Instagram.

Dated 19 June 2020

<u>/s/ Rene Villalobos</u>
Rene Villalobos

# EXHIBIT 1

# Intellectual Property Report #878789715967507

case++aazqigg6s5qkf2@support.instagram.com
Fri, 19 Jun 2020 9:45:26 AM -0700

To "Licensing" <Licensing@nugclips.com>

Tags

Security    Learn more

The Instagram Team received a report from you. For reference, your complaint number is 878789715967507.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center: http://help.instagram.com/535503073130320/

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts: http://help.instagram.com/368191326593075/
Impersonation Accounts: http://help.instagram.com/446663175382270/
Underage Children: http://help.instagram.com/290666591035380/
Abuse and Spam: http://help.instagram.com/165828726894770/
Exposed Private Information: http://help.instagram.com/122717417885747/

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance: http://help.instagram.com/

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

--------------------------
Who owns the copyright? : Me or my organization
Your name (name and surname) : Rene Villalobos
Your job responsibility : Owner, officer or director (non-legal)
Mailing address : 340 S. Lemon Ave #4220
Walnut, CA 91789

**Email address** : Licensing@nugclips.com
**Confirm your email address** : Licensing@nugclips.com
**Name of the rights owner** : Mediaflow LLC d/b/a Nugclips
**Where is the rights owner based?** : USA
**What type of content are you reporting?** : Photo or video
**Please provide links (URLs) or broadcast IDs leading directly to the specific content you are reporting.** : https://www.instagram.com/p/CBX1ZEUHeG_/

https://www.instagram.com/p/CBX1dZinBT-/

https://www.instagram.com/p/CBX1bAiHPP6/
**Why are you reporting this content?** : This content copies my work
**Which of these best describes your original copyrighted work?** : A photo I took
**Where can we see an authorized example of your work?** :
https://onlyfans.com/21991700/highimqueen

https://onlyfans.com/22607236/highimqueen

https://onlyfans.com/24046556/highimqueen

My content is private and only allowed to be seen from paid users. I have attached screenshots of the original work.